UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVEN LANGLEY (#601017)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 14-325-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 24, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendants' *Motion for Summary Judgment*[4] is granted and the claims against them are dismissed for failure to state a claim, predicated on the Plaintiff's failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the complaint *in forma pauperis*. Further, the claims against Defendant Col. Seals is dismissed pursuant to Rule 4(m), Fed.R.Civ.P., for failure to serve the Defendant.

Baton Rouge, Louisiana the 15 day of May, 20151.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 27.
[3] Rec. Doc. 28.
[4] Rec. Doc. 21.